JS-6

AARON COLBY (SBN 247339)
   aaron@colbylegal.com
ZOE YUZNA (SBN 268496)
   zoe@colbylegal.com
**COLBY LAW FIRM, PC**
13263 Ventura Boulevard, Suite 203
Studio City, CA 91604
Telephone: (818) 253-1599
Fax: (818) 474-1981

Attorneys for Plaintiff
JOSE CHAVARIN

Leila Nourani (SBN 163336)
*leila.nourani@jacksonlewis.com*
Sam Farzani (SBN 327192)
*sam.farzani@jacksonlewis.com*
JACKSON LEWIS PC
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430

Attorneys for Defendants
INFINITE COMPUTER SOLUTIONS, INC., and ANSHU KANT PANDEY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CHAVARIN, an individual,<br><br>        Plaintiff,<br><br>  vs.<br><br>INFINITE COMPUTER SOLUTIONS, INC. a corporation; ANSHU KANT PANDEY, an individual; and DOES 1 through 10 inclusive,<br><br>        Defendant. | **Case No. CV 23-3859-GW-Ex**<br><br>**ORDER RE: DISMISSAL**<br><br>*Assigned to Hon. George H. Wu*<br><br>Complaint Filed: March 21, 2023<br>FSC Date: May 23, 2024<br>Trial Date: June 4, 2024 |

---

**ORDER**
1

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  Pursuant to the stipulation of Plaintiff JOSE CHAVARIN ("Plaintiff") and Defendants INFINITE COMPUTER SOLUTIONS, INC. and ANSHU KANT PANDEY, this action is dismissed with prejudice as to all claims, causes of action, and parties.

IT IS SO ORDERED.

DATED: April 25, 2024

_____
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE

UNITED STATES DISTRICT COURT - CENTRAL DISTRICT OF CALIFORNIA

CASE NAME:  JOSE CHAVARIN v. INFINITE COMPUTER SOLUTIONS, INC., et al.

CASE NUMBER:   2:23-cv-03859-GW-(E)

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 725 South Figueroa Street, Suite 2500, Los Angeles, California 90017.

On April 25, 2024, I served the foregoing document described as:

**[PROPOSED] ORDER RE: DISMISSAL**

in this action by transmitting a true copy thereof addressed as follows:

Aaron N. Colby  
Zoe Yuzna  
COLBY LAW FIRM, PC  
13263 Ventura Boulevard, Suite 203  
Studio City, California 91604  
Telephone: (818) 253-1599  
Facsimile:  (818) 475-1981  
Aaron@Colbylegal.Com  
zoe@colbylegal.com  
kaylee@colbylegal.com  

*Attorneys for Plaintiff*  
*JOSE CHAVARIN*

**[XX]  BY E-MAIL OR ELECTRONIC TRANSMISSION**

Based on a Court order or on an agreement by the parties to accept service by e-mail or electronic transmission, I caused the document(s) described above to be sent from e-mail address Pamela.Trujillo@jacksonlewis.com to the persons at the e-mail address listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[X]     FEDERAL:**   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____  
PAMELA TRUJILLO  
Pamela Trujillo

**PROOF OF SERVICE**